*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
*WESTERN DIVISION AT CINCINNATI*

**United States of America**

vs.                                          Case No.   1:02-cr-168-1

**Paul M. LaLonde**

## CRIMINAL MINUTES
(3:06 p.m. - 3:40 p.m.)

U.S. ATTORNEY PRESENT:   Robert Behlen

COUNSEL FOR DEFENDANT:   Hal Arenstein
Mark Grawe & John Cole, probation
Chris Riley, Marshal Service

**REMARKS:**   Case called for sentencing.  Defendant requests in chambers conference.  IN CHAMBERS PROCEEDINGS:  Deft. requests continuance of sentencing & transfer of Mr. LaLonde to a federal medical facility or, in the alternative, a transfer from Grant County Jail to the Hamilton County Justice Center. Defendant indicates that he received the final PSI this morning and that Mr. LaLonde has not had time to review it.  Gov't indicates that defendant is entitled to a 10 day period to review the PSI.  Gov't does not oppose continuance of sentencing for two weeks with a referral to a federal medical facility to follow sentencing.

COURTROOM PROCEEDINGS: Mr. LaLonde informed of in chambers conference. Mr. LaLonde does not oppose continuance of sentencing and waives personal appearance at sentencing being held via video conference.  Sentencing will be rescheduled after such time that Mr. LaLonde is stabilized and has fully reviewed the final PSI.

The court will order Mr. LaLonde be referred to BOP for designation at a federal medical facility for further evaluation. The federal medical facility will be ordered to notify the court when sentencing is appropriate. Mr. LaLonde does not oppose anything discussed this afternoon.
**Written order to follow.**


**Court Personnel**

**Honorable:  Sandra S. Beckwith**

**Deputy Clerk:  Mary Brown**

**Court Reporter: Mary Ann Ranz (Official)**

**Date: Tuesday, January 4, 2005**