IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:02-CR-168 |
| ) | |
| vs. ) | |
| ) | |
| Paul M. LaLonde, ) | |
| ) | |
| Defendant. ) | |

O r d e r

Pursuant to 18 U.S.C. § 3552(b), this Court hereby **ORDERS** that the Defendant be transferred to a federal medical institution for further study of his physical health by the Bureau of Prisons.  The Court finds compelling reasons for the study to be conducted by the Bureau of Prisons and that adequate resources for the conduct of the study do not exist in the local community.  The Court specifically directs that the Defendant's cardiovascular health and its affect on his ability to read and understand the existing presentence investigation report be a focus of the study.

The Court requests that the Bureau of Prisons notify the Court as soon as, in the judgment of its medical personnel, the Defendant is physically able to participate in his sentencing, including in the review of the presentence investigation report.  The Court intends to conduct the sentencing hearing by videoconference after receiving such

notification.  The Court **RECOMMENDS**, therefore, that the Defendant be transferred to a federal medical institution with videoconference capability, if such a placement is practicable.

    **IT IS SO ORDERED.**

```
                              _____/s/_____
                              Sandra S. Beckwith
                              United States District Judge
```