UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | : CASE NO. 1:02CR-168-2<br>: (Judge Beckwith)<br>: |
| vs. | :<br>: |
| PAUL LALONDE,<br>　　Defendant. | : MOTION REQUESTING INTERIM<br>: VOUCHER PAYMENTS |

　　NOW COMES Hal R. Arenstein, appointed counsel for Defendant, and hereby moves this Honorable Court to allow him to submit interim vouchers for payment while this case is pending. This case was set for sentencing on January 4, 2005. This case was continued in progress due to the declining health of Mr. LaLonde. The Court ordered that Mr. LaLonde be transferred to the Federal Medical Center for evaluation and treatment, and therefore, did not sentence Mr. LaLonde until his health status improves. Counsel has worked on this case since being appointed on February 4, 2003 and requests this Court to allow interim voucher payments until this case is finally concluded.

　　WHEREFORE, counsel requests that this Court allow for the filing of interim vouchers for payment while this case is pending.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**S/Hal R. Arenstein**
　　　　　　　　　　　　　　　　　　　　HAL R. ARENSTEIN (0009999)
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Arenstein & Gallagher
　　　　　　　　　　　　　　　　　　　　The Citadel
　　　　　　　　　　　　　　　　　　　　114 East Eighth Street
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　(513) 651-5666
　　　　　　　　　　　　　　　　　　　　Fax: (513) 651-5688
　　　　　　　　　　　　　　　　　　　　E-mail: halawyer@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Robert Behlen, Assistant U.S. Attorney.

**S/Hal R. Arenstein**
HAL R. ARENSTEIN (0009999)
Attorney for Defendant
