UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : CASE NO. 1:02-cr-168-1<br>: (Judge Beckwith)<br>: |
| vs. | :<br>: |
| PAUL LALONDE,<br>    Defendant. | : MOTION FOR CONTINUANCE OF<br>: SENTENCING |

NOW COMES the Defendant, by and through counsel, and hereby moves this Honorable Court to continue the sentencing scheduled for October 21, 2005 at 11:00 a.m. via video. Counsel has an unavoidable conflict out of town on that day. Counsel has contacted Robert Behlen and he has no objection to a continuance of this matter.

WHEREFORE, counsel respectfully requests that this matter be continued for the reasons set forth above.

    Respectfully submitted,
    **S/Hal R. Arenstein**
    HAL R. ARENSTEIN (0009999)
    Attorney for Defendant
    Arenstein & Gallagher
    The Citadel
    114 East Eighth Street
    (513) 651-5666
    Fax: (513) 651-5688
    E-mail: Halalawyer@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Robert Behlen, Assistant U.S. Attorney.

**S/Hal R. Arenstein**