UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                           Case No. 1:02-cr-168-1

Paul LaLonde,
    Defendant

## NOTICE

    The Sentencing hearing is **RESCHEDULED** from October 21, 2005 TO November 17, 2005 at 11:00 a.m., before Chief Judge Beckwith in Courtroom 822. The sentencing will be held via video conference with the Federal Medical Center, Devens, Massachusetts.

                                            s/Mary C. Brown
                                            Mary C. Brown,
                                            Case Manager to Chief Judge Beckwith

cc:    David L. Winn, Warden FMC Devens
        United States Marshal
        Thomas Barbeau, Probation Dept.
        Pretrial Services