**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**United States of America**

vs.                                    Case No.   1:02-cr-168-1

**Paul M. Lalonde**
(*located at Devens, MA*)


**CRIMINAL MINUTES** - *Sentencing (via video conference)*

*(12:55 - 1:05)*

U.S. ATTORNEY PRESENT:  _Robert Behlen_

COUNSEL FOR DEFENDANT:  _Hal Arenstein_
_Thomas Barbeau - probation_

~~INTERPRETER~~: _____

Waiver of Indictment filed _____    INFORMATION  filed _____

Defendant waives reading of:   Indictment _____    Information _____

~~Statement of~~ Agents: _Kent Rogers, Janel McBain_

Defendant pleads: **GUILTY** _____

          **NOT GUILTY** _____

          **NOLO CONTENDERE** _____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a
plea of Guilty - Motion is Granted _____

REMARKS: ∆ indicates that he has not received a copy of the PSI. Sentencing will be rescheduled. ∆ is ordered to be present in person at sentencing.

### Court Personnel

**Honorable: Sandra S. Beckwith, Chief Judge**

**Deputy Clerk: Mary Brown**

**Court Reporter:** Mary Ann Ray (Official)

**Date:** Wed., Nov. 30, 2005

2