*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse Bldg.*
*100 East Fifth Street*
*Cincinnati, Ohio 45202*

December 22, 2005

Paul M. LaLonde, #00856032
FMC Devens
P.O. Box 879
Ayer, MA 01432

    IN RE: 1:02-cr-168-1, USA v Paul M. LaLonde

Dear Mr. LaLonde:

    This office is in receipt of your letter dated November 30, 2005, addressed to Judge Beckwith.

    It is inappropriate to correspond directly with the judge, and any further correspondence will not be accepted. If you need to address an issue in your case, the proper procedure is to file a motion with this office.

    Sincerely,

    Jim Bonini, Clerk