UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                                      Case No. 1:02-cr-168-1

**Paul M. LaLonde**

**CRIMINAL MINUTES - *Sentencing***

*(11:43 - 11:55)*

U.S. ATTORNEY PRESENT: _Anthony Springer_

COUNSEL FOR DEFENDANT: _Hal Arenstein_

~~INTERPRETER~~ PROBATION: _Tom Barbeau - probation_

Waiver of Indictment filed _____    INFORMATION filed _____

Defendant waives reading of: Indictment _____    Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

                **NOT GUILTY**_____

                **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order __✓__

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: Δ requests extension of sentencing due to Δ still not having the PSR. Probation officer to provide copy of report today. (Done - provided copy in Courtroom). Δ (LaRode) agrees to request for extension. Sentencing rescheduled for 7/31/06 @ 9:00 AM.

### Court Personnel

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** /s/ Mary Brown

**Court Reporter:** Jodie Perkins (official)

**Date:** Friday, May 12, 2006

2