IN THE
United States District Court
For The
Southern District of Ohio

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v.<br><br>Paul Lalonde<br>Defendant | Hon. Sandra S. Beckwith<br><br>No CR 1-02-168<br>MOTION TO WITHDRAW PLEA |

Comes now Paul LaLonde, Pro Se, and prays the Court to allow him to withdraw his plea.

Defendant avers that immediately upon hearing the "statement of facts" espoused by the government that he attempted to correct same by notifying the Court and counsel. At no time did defendant recall ever seeing a statement of facts. Defendant's health and mental state had slipped so far that he could not enter a plea knowingly. Defendant only saw the plea that very morning and was told that "the Court knows how these things work just answer yes." I am sure the Court will recall the many hesitations by defendant. Although this is hazy, defendant still went ahead. Immediately after, he notified his counsel of his wish to withdraw his plea. His bad health

and accompanying mental state postponed this. At the past hearing, as well as at the video hearing (prior to its commencement) defendant asked counsel to withdraw his plea. Both times counsel said "she would hit the roof!"

Defendant has never wavered in proclaiming his innocence. The only reason for acceptance was his state of health and the promises of AUSA Brinkman.

Because of the lack of law material here, (there is not a single law book) this motion contains no authorities. A supplemental supporting draft will follow in 10 days as current research is being done outside of Grant County.

Paul LaLonde, Pro Se

Certificate of Service

I, Paul LaLonde, Pro Se have caused a true copy of this motion to be sent to the AUSA at 221 East 4th Street Suite 400 Cin Oh 45202 this 22nd day of June 2006 via the Grant County Detention Center Mail.

Paul LaLonde, Pro Se