UNITED STATES DISTRICT COURTS
SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-02-168 |
| Plaintiff, | : | (Judge Beckwith) |
| | : | |
| vs. | : | |
| | : | |
| PAUL M. LALONDE | : | <u>MOTION TO WITHDRAWAL AS</u> |
| Defendant. | : | <u>TRIAL COUNSEL</u> |

NOW COMES Hal R. Arenstein, attorney for Paul M. LaLonde, and hereby moves this Honorable Court to allow him to withdrawal as trial counsel, in the above captioned matter. Counsel makes this request because of his belief that he can no longer effectively represent Mr. LaLonde. This is particularly true in light of Mr. LaLonde's recent filing requesting that his plea of guilty be withdrawn Within that filing are certain allegations which will make it impossible for present counsel to continue to act effectively on Mr. LaLonde's behalf.

WHEREFORE, counsel requests that he be relieved from further representation of Mr. LaLonde.

Respectfully submitted,
**S/Hal R. Arenstein**
HAL R. ARENSTEIN (0009999)
Attorney for Defendant

>Arenstein & Gallagher
>The Citadel
>114 East Eighth Street
>Cincinnati, Ohio 45202
>(513) 651-5666
>Fax: (513) 651-5688
>E-Mail:  Halalawyer@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007 I had electronically filed the foregoing with the Clerk of Court using the CMF/ECF system, which will send notification of filing to Kathleen M. Brinkman, United Stated District Attorney.

**S/Hal R. Arenstein**

Hal R. Arenstein