

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔊𝔬𝔲𝔯𝔱
𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔒𝔥𝔦𝔬
810 𝔓𝔬𝔱𝔱𝔢𝔯 𝔖𝔱𝔢𝔴𝔞𝔯𝔱 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔊𝔬𝔲𝔯𝔱𝔥𝔬𝔲𝔰𝔢
100 𝔈𝔞𝔰𝔱 𝔉𝔦𝔣𝔱𝔥 𝔖𝔱𝔯𝔢𝔢𝔱
𝔊𝔦𝔫𝔠𝔦𝔫𝔫𝔞𝔱𝔦, 𝔒𝔥𝔦𝔬 45202

Chambers of
Sandra S. Beckwith
Chief Judge

Telephone: 513-564-7610
Fax: 513-564-7617

July 20, 2006

Robert Behlen, Esq.
United States Attorney's Office
Atrium II, Suite 400
221 East Fourth Street
Cincinnati, OH  45202

Hal R. Arenstein, Esq.
114 East Eighth Street
Cincinnati, OH  45202

RE:   Case No. 1:02-CR-168-1
      United States v. Paul LaLonde

Dear Counsel:

On June 30, 2006, Defendant LaLonde filed a pro se Motion to Withdraw Plea. In that motion, Defendant states that he "has never waivered in proclaiming his innocence."

In view of Defendant's motion, please be aware that the Court is giving serious consideration to denying Defendant the offense level reduction for acceptance of responsibility and timely plea, as recommended in the Presentence Investigation Report, for purposes of calculating the advisory Guidelines sentencing range. This would raise Defendant's Guideline offense level to 23, instead of 20.

Sincerely,

Sandra S. Beckwith
Chief United States District Judge

SSB/gs