# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                               Case No. 1:02-cr-168-1

**Paul M. LaLonde**

### CRIMINAL MINUTES - *Sentencing*
*(9:07 - 9:25; 9:40 - 10:10)*

U.S. ATTORNEY PRESENT: _Anthony Springer_

COUNSEL FOR DEFENDANT: _Hal Arenstein_

PROBATION OFFICER: _Thom Barbeau_

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: Δ's pro se motion to withdraw his plea discussed. The Court suggests Δ discuss w/ Mr. Orenstein, ramifications of withdrawing his plea - recess until 10:00 AM. - Δ chooses to withdraw his motion to withdraw his plea. - Given Re: Δ's motion to w/draw as Counsel discussed. Mr. Orenstein concerned about § 2255 Claim. Mr. Orenstein's motion is ~~denied~~ GRANTED. After reconsideration by the Court, Δ is not permitted to w/d his plea. New counsel to be appointed to represent Δ. 8/24 @ 9:00 AM sentencing date

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown
**Court Reporter:** M.A. Rang (official)
**Date:** Monday, July 31, 2006