```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION

UNITED STATES OF AMERICA,        :  Case No. 1:02-CR-168 (1)
                                 :
     Plaintiff,                  :
                                 :
vs.                              :
                                 :
PAUL M. LALONDE,                 :
                                 :
     Defendant.                  :
```

**ORDER**

On May 12, 2006, the Court granted Defendant's request for a continuance of his sentencing, and rescheduled sentencing for July 31, 2006. On June 30, Defendant acting pro se, filed a motion to withdraw his guilty plea. (Doc. 83). Defendant also filed a "supplement" to explain the facts that he asserts support his motion to withdraw his plea. (Doc. 84). The motion and supplement, in turn, led Defendant's counsel, Mr. Arenstein (who has represented Defendant in this matter since February 2003) to move to withdraw from further representation of Defendant. (Doc. 85).

The Court held a hearing to explore these latest pleadings on July 31. Defendant and his current counsel Mr. Arenstein were present in court. One area of concern expressed by counsel in addressing his motion to withdraw was the possibility of collateral proceedings challenging Defendant's sentence, on the basis of Defendant's representations contained in his motion to

withdraw his plea.  Defendant then stated to the Court that he would waive his right to relief under 28 U.S.C. §2255.

After considering all of the facts before the Court at this juncture of the proceedings, the Court grants counsel's motion to withdraw from further representation of the Defendant.  Defendant has requested the assistance of an attorney during sentencing, and the Court grants Defendant's request for appointment of counsel.  The Court will reserve ruling on Defendant's motion to withdraw his guilty plea, and his oral motion made in open court to waive his rights under 28 U.S.C. §2255.

Defendant's motion to withdraw his guilty plea and Defendant's sentencing are set for hearing on August 24, 2006 at 9:00 a.m.

SO ORDERED.

DATED: August 1, 2006                    s/Sandra S. Beckwith
                                         Sandra S. Beckwith, Chief Judge
                                         United States District Court