# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,
        Plaintiff,

vs.                                        Case No.   1:02-cr-168-1

Paul M. LaLonde,
        Defendant

## ORDER

On July 31, 2006, counsel for defendant, Hal Arenstein, was granted permission to withdraw as counsel.  The Defendant has shown through a Financial Affidavit of his inability to retain counsel.

Therefore, William Welsh, Esq., is hereby substituted as counsel to represent Defendant at sentencing.

Date: August 1, 2006                    s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court