**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CRIMINAL NO.1:02-cr-168-1** |
| Plaintiff, | : | |
| | : | **HONORABLE SANDRA S. BECKWITH** |
| vs. | : | |
| | : | |
| PAUL M. LaLONDE, | : | |
| Defendant | : | |

**DEFENDANT'S MOTION**
**FOR CONTINUANCE**

Defendant, Paul M. LaLonde, by and through counsel, moves this Court for an Order continuing the sentencing set for August 24, 2006. Counsel for the Defendant has just been appointed and needs additional time to review the history of the case. This additional time is necessary to properly represent the Defendant before this court.

Respectfully Submitted,

S/William M. Welsh
WILLIAM M. WELSH (0059973)
Attorney for Defendant
215 East Ninth Street, Suite 100
Cincinnati, Ohio 45202
(513) 241-1989

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served upon the office of the U.S. Attorney for the Southern District of Ohio, this 3rd day of August, 2006.

S/William M. Welsh
WILLIAM M. WELSH (0059973)