# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                                  Case No. **1:02-cr-168-1**

**Paul M. LaLonde**

### CRIMINAL MINUTES - *Sentencing*
*(9:01 - 10:08)*

U.S. ATTORNEY PRESENT: *Anthony Springer*

COUNSEL FOR DEFENDANT: *William Welch*

PROBATION OFFICER: *Thom Barbeau*

Waiver of Indictment filed _____    INFORMATION filed _____

Defendant waives reading of:   Indictment _____    Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

           **NOT GUILTY**_____

           **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____

Defendant in custody pursuant to ~~pretrial detention~~ order  REVOCATION OF BAIL ✓

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

**REMARKS:** Δ requests permission to w/draw motion to w/draw his plea. The Court inquires whether Δ stands by the Statement of Facts read at the Change of Plea hearing, or his version of Statement of facts as set forth in a letter received by the Court on 12/23/2003. Recessed for counsel to review Statement of Facts. Counsel jointly request Continuance of sentencing in Order to review Statement of facts (Δ's version). Procedures for further sentencing hearing given to counsel orally by the Court. Sentencing continued in progress to 11/22/06 @ 10:00. All correspondence received by this Court previously is ordered to be filed by the Clerk.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** M. A. Ramy (Official)

**Date:** Tuesday, October 24, 2006

2