December 1, 2004

The Honorable Sandra Beckwith
U.S. District Court Judge
Southern District of Ohio
U.S. Post Office + Potter Stewart Bldg
500 Main Street
Cincinnati, OH. 45202

**RECEIVED**

DEC 0 ? 2004

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

Dear Judge Beckwith,

I am very sorry to bother you again, but frankly, I see no other alternative. Over a dozen calls were made by my brother and various members of my family to my attorney, none were returned. They were requesting that I be present at whatever hearing was scheduled for this past Monday. I have seen and/or spoke with my attorney once in the past year. That aside, the one thing I would like to make sure is not misunderstood: I stand by (only) the statement of facts that I sent to Your Honor a year ago. Because of my condition when I plead (before I received the new medicine at Lexington), I wanted to make absolutely sure the only statement of facts to which I agreed was the one I submitted. My attorney has assured me the Court has complete discretion and that no statement of facts (from either side) has been decided upon. My attorney was supposed to be here the second week in September (per his letter) to discuss the above plus the 1st draft of the PSI but I have yet to hear from him or see him.

Finally, Your Honor, the medical staff here (whom I see twice per week) has called Chris Riley three times requesting my transfer to the Justice Center because they are unable here to provide the necessary treatment. They have been ignored. I am slowly slipping back to where I was a year ago. I would sure appreciate your help.

Thank you so much for your time and attention.

Sincerely,

Paul LaLonde