February 14, 2005

The Honorable Sandra Beckwith
Judge, The Southern District of Ohio
Potter Stewart Bld
100 East 4th Street
Cincinnati, Oh 45202

RECEIVED
FEB 2 2 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

Dear Judge Beckwith,   CR-1-02-168

Please, once again, accept my thanks for sending me to this medical center. Already, they have changed my medicine and scheduled me for surgery ASAP. The surgeon told me it was a good thing I didn't wait any longer or a dire emergency might have occurred. My memory and reading is still shaky but the Dr. thinks that might improve when the surgery is completed and they can then assess my heart problems.

Again, thank you so much.


Sincerely,

Paul LaLonde