October 5, 2005

The Honorable Sandra Beckwith
Judge, Southern District of Ohio
U.S. Post Office + Potter Stewart Bldg.
100 East Main
Cincinnati, Oh 45202

Received
10/21/05

Dear Judge Beckwith,

I am sorry to have to take your time with this letter but its the only avenue I can see.

Devens has conducted several heart tests. I have also met twice with Dr. Mercadante, a cardiologist. To put this in a nutshell: The cardiologist believes I have the beginning to intermediate stages of heart disease. He wrote a letter to the institution as well as the surgeon that at the present time my heart condition posed a low risk for cardiac trouble. He told me that my sedentary ways, due entirely to the multiple hernias, could very well accelerate my disease. The surgeon who would perform the operation wanted to proceed as quickly as possible." My examining Doctor here, who has now left, told me as soon as the cardiologist "cleared" me, I should get the operation. My new Doctor – Dr. Bernard thought I was already scheduled. It has been a total key stone cops adventure. I am unable to walk (assisted by cane or walker) more than 40 yards before I must sit down or lie down and hopefully "rearrange myself" so that I am not overcome with the most intense nausea you can imagine. I cannot read or stay in the same position for more than 15-20 minutes before I must "rearrange again." My thoughts are all muddled and I can't concentrate on anything. When this hits I shake so badly you would think I was hit by lightening.

For the life of me I cannot understand

why they haven't done this operation. They say on their sign "we provide medical services consistent with community standards". That can't be true as all of the outside Doctors have told them, this is a priority.

Finally I don't understand why the Marshalls went to all of the trouble and expense to bring me 1000 miles when the medical center in Lexington was so close and already familiar with my condition.

Believe me I thank you for all that you have done and I have sure, tried to resolve this without writing you

Sincerely,

Paul La Sorda