```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

UNITED STATES OF AMERICA,  :  Case No. 1:02-CR-168 (1)
      Plaintiff,  :
vs.  :
PAUL M. LALONDE,  :
      Defendant.  :

**ORDER**

    This matter came on for hearing on October 24, 2006 to consider Defendant's pro se motion to withdraw his guilty plea (Doc. 83), his supplement to that motion (Doc. 84), and for sentencing. Defendant, through his new counsel, indicated to the Court that he wished to withdraw his motion to withdraw his guilty plea.

    After signing the plea agreement in this case on December 16, 2003, Defendant prepared his own, hand-written Statement of Facts on December 21, 2003 and submitted this document to the Court. Counsel for both parties had not had an adequate opportunity to carefully review Defendant's hand-written Statement of Facts. The parties therefore jointly requested a continuance of the hearing in order to meaningfully address these documents and any possible discrepancies or contradictions.

    For good cause shown, and in the interests of justice, the Court grants the requested continuance. This matter is continued

to November 22, 2006 at 10:00 a.m. for further hearing on Defendant's pro se motion, the Statements of Facts, and for sentencing.

    SO ORDERED.

DATED: October 25, 2006          <u>s/Sandra S. Beckwith</u>
                                        Sandra S. Beckwith, Chief Judge
                                          United States District Court