*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
*WESTERN DIVISION AT CINCINNATI*

**United States of America**

vs.                                    Case No. 1:02-cr-168-1

**Paul M. LaLonde**

**CRIMINAL MINUTES -** *Sentencing*
*(contd. in progress from 10/24/06)*
**(10:24 AM - 11:24 AM)**

U.S. ATTORNEY PRESENT:   Anthony Springer

COUNSEL FOR DEFENDANT:   William Welsh (appointed)

PROBATION OFFICER:   Thomas Barbeau

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**  Counts 3 & 41

　　　　　　　　　　**NOT GUILTY**

　　　　　　　　　　**NOLO CONTENDERE**

Plea *formally* accepted by the court   X

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order __X____

An appeal of sentence to be filed by Clerk of Court ____X_____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a
plea of Guilty - Motion is Granted _____

**REMARKS:** Deft. agrees to the Statement of Facts that he originally plead to, and withdraws the letter previously sent to the court. Deft's objections to the PSR: paragraphs: 48-52 - MOOT; 78 - DENIED; increase of offense in level on count 3 - DENIED; 99-DENIED; Conviction in abstentia - DENIED; 40 & 41 -DENIED.

SENTENCE:   60 months imprisonment on Count 3;
18 months imprisonment on Count 41 to run consecutively, followed by 3 years supervised release on each count to run concurrently
No fine
$200 assessment
$1,816,960.02 restitution

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Wednesday, November 22, 2006