UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR-1-02-168-1 |
| | : | (Beckwith, Chief, J) |
| vs. | : | |
| | : | **ORDER OF DISMISSAL** |
| PAUL M. LALONDE      (1) | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 42 of the Indictment pending against the defendant, Paul M. Lalonde.

**Respectfully submitted,**

GREGORY G. LOCKHART
United States Attorney

ANTHONY SPRINGER (#0067716)
Assistant U.S. Attorney
Atrium Two - Suite 400
221 East Fourth Street
Cincinnati, Ohio 45202
(513) 684-3711

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

11/22/06
DATE

SANDRA S. BECKWTIH, Chief Judge
United States District Court