In The
United States District Court
for the
Southern District of Ohio
Western Division

FILED
JAMES BONINI
CLERK

06 NOV 28 PM 12:24

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v.<br><br>Paul Lalonde<br>Defendant | No: C-1-02-168-1<br>Sandra Beckwith, Judge<br><br>MOTION for Notice of Appeal<br>AND TO PROCEED IN FORMA PAUPERIS. |

Comes now defendant, Paul Lalonde, and files this timely notice of appeal this 23rd day of November 2006. This notice and motion may be redundant insofar as defendant verbally stated his desire to appeal and proceed in forma pauperis, but after the experience he has had with this District Judge it was deemed necessary to file this.

Defendant avers that he has no personal monies to proceed. He asks the Court to appoint counsel for the purposes of advising and aiding pro se appellant as there is no law library or any other law material available at the Grant County Detention Center as is supposed to be required pursuant to the CFR. Defendant/Appellant has no ability to retain this counsel, to make copies or to pay the additional postage necessary to notify the AUSA. Appellant prays the Clerk to copy this motion, notify the appropriate parties and appoint appellant counsel pursuant to the above styled request. Appellant further requests that the Clerk notify appellant of his appointed counsel and to request that it is requested of the Appeals Court to expedite this Appeal as time is of the essence. He further prays the Court to notify him at his current return address posted on upper left hand corner of this envelope, of the order to

proceed in Forma Pauperis as well as the filed notice. Defendant thanks the Clerk for accomplishing these many requests.

Paul Lalonde, Pro Se

*/s/ Paul Lalonde, Pro Se*