UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                                    Case No.   1:02-cr-168-1

Paul M. LaLonde,
    Defendant

# ORDER

This matter is before the Court on Defendant's Motion for Notice of Appeal, for Appointment of Counsel and to Proceed on Appeal In Forma Pauperis, (Doc. 109).

Defendant's Motion to Proceed on Appeal is **GRANTED**. A Notice of Appeal of Defendant's sentence was entered by the Clerk of Courts on November 22, 2006. *See* Doc. 108.

Defendant's Motion for Appointment of Counsel is more properly brought before the United States Court of Appeals for the Sixth Circuit and should, therefore, be ruled upon by that Court.

**SO ORDERED**.

November 29, 2006                 s/Sandra S. Beckwith
Date                                 Sandra S. Beckwith, Chief Judge
                                        United States District Court