In The
United States District Court
Southern District of Ohio

| | |
|---|---|
| Paul Lalonde,<br>Defendant<br><br>v.<br><br>United States of America<br>Plaintiff | CR-1-02-168-1<br><br>S. Beckwith, J.<br><br>MOTION FOR SENTENCING<br>TRANSCRIPT OF 22 Nov. 06 |

Comes now Paul Lalonde, Pro Se and requests the Clerk to order and post to the above the Sentencing Transcript of November 22, 2006. Petitioner has already been granted forma pauperis and needs the above transcript in order to perfect his Appeal.

Paul Lalonde, Pro Se

I have caused a true copy of this motion to be mailed to the AUSA this 25th day of December 2006, by mail through the Grant County Detention Center.

Paul Lalonde, Pro Se