**READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM**

## TRANSCRIPT ORDER

| District Court | Southern District of Ohio | District Court Docket Number | 02-CR-00168 |

Short Case Title: USA v. Paul Lalonde

Date Notice of Appeal Filed by Clerk of District Court: 11/22/2006       COA# 06-4536

`07 JAN -8 PM 1:17`

PART 1 (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on the file in District Court Clerk's Office
- [✓] This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | Judge Beckwith | | |
| Testimony (specify witnesses) | see other hearings set as "Other" | | |
| Other (specify) | Judge Sandra Beckwith | 5/12/06 | Jodie Perkins |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Opening statement of plaintiff
- [ ] Opening statement of defendant
- [ ] Jury Instructions
- [ ] Closing argument of plaintiff
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
This method of payment will be:
- [✓] Criminal Justice Art (Attach copy of CJA form 24)
- [ ] Private Funds

Date: 1/5/2007

Signature: /s/

Print Name: Michael M. Losavio         Counsel for: Lalonde

Address: 1520 Castlewood Avenue, Louisville, KY 40204        Telephone: 502-417-4970

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10)(b)

| Date | Signature of Court Reporter | Telephone |

PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages                    Actual Number of Volumes

Date                                      Signature of Court Reporter

6CA-30