UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
DEC 1 2 2007
LEONARD GREEN, Clerk

No. 06-4536

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

v.

PAUL M. LALONDE,
    Defendant - Appellant.

Before: KEITH and CLAY, Circuit Judges; STEEH, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the conviction of defendant Paul M. Lalonde and the sentence imposed by the district court are AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green, Clerk