UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

08 JUN -4 AM 11:55

No: 06-4536

Filed: June 03, 2008

1: 02-cr-168

UNITED STATES OF AMERICA,

   Plaintiff - Appellee

v.

PAUL M. LALONDE,

   Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 12/12/2007 the mandate for this case hereby issues today.

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
   Deputy Clerk